# LEE LITIGATION GROUP, PLLC
148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019
```

WRITER'S DIRECT:   212-465-1188
                   cklee@leelitigation.com

November 8, 2019

**Via ECF**
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
**11/12/2019**

Re:   *Cano v. Sebastians Pizzeria Inc. et al*
      Case No.: 1:19-cv-2595-ALC-KHP

Dear Judge Parker:

We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendants, to respectfully request extending the time to file the fairness by thirty (30) days. The reason for this request is to allow the parties to execute the finalized settlement agreement. The settlement agreement is currently out for execution with Defendants.

This is the parties' second request for the relief requested herein. Currently, the deadline to file the fairness is November 8, 2019.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF