# Lee Litigation Group, PLLC
148 W. 24ᵀᴴ Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:
DATE FILED: 12/10/2019

December 9, 2019

**Via ECF**
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

12/10/2019

Re: *Cano v. Sebastians Pizzeria Inc. et al*
Case No.: 1:19-cv-2595-ALC-KHP

Dear Judge Parker:

We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendants, to respectfully request extending the time to file the fairness by one (1) week. The reason for this request is to allow the parties to execute the finalized settlement agreement. The settlement agreement is currently out for execution with Defendants.

This is the parties' third request for the relief requested herein. Currently, the deadline to file the fairness is December 9, 2019.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF