```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC#: _____
UNITED STATES DISTRICT COURT                        DATE FILED: 2-6-20
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------------------- x

JUSTO CANO,

                  Plaintiff,

      -against-                              1:19-CV-2595(ALC)

SEBASTIANS PIZZERIA, INC.,                  ORDER

                  Defendants.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' revised settlement agreement and accompanying joint motion to approve the settlement agreement, filed December 17, 2019. (ECF Nos. 37). Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

Dated:    February 6, 2020
             New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**